AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| United States of America | § |
| --- | --- |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:13-M -07364(1) |
|  | § |
| (1) Jose Jose Sanabua | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 10, 2013** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) Jose Jose SANABUA, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Phoenix, Arizona on March 13, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,.

in violation of Title        **8**         United States Code, Section(s)    **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Jose Jose SANABUA, was arrested by Border Patrol Agents, on May 10, 2013 for being an alien illegally present in the United States. Investigation and records of the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant

05/13/2013                                             at    DEL RIO, Texas
File Date                                                       City and State

COLLIS WHITE
U.S. MAGISTRATE JUDGE                                           Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:13-M -07364(1)

(1) Jose Jose Sanabua

**Continuation of Statement of Facts:**

Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on March 13, 2013 through Phoenix, Arizona. The defendant was found in the WESTERN DISTRICT OF TEXAS without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

Signature of Judicial Officer          Signature of Complainant